## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 5:06cr1/RS

ORISE TYREL KENDALL,

    Defendant.
_____/

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 28).  Defendant Orise Tyrel Kendall has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and is incorporated by reference in this Order.

2. The plea of guilty of Defendant Orise Tyrel Kendall to Count I of the Indictment is accepted.

3. Defendant Orise Tyrel Kendall is adjudicated guilty of Count I of the Indictment.

ORDERED on June 1, 2006.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**